# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

PEGGY ANN GIEGUCZ                                :             Case No. 25−22316−GLT

Debtor

                                                                             :             Chapter 13

## ORDER OF COURT

AND NOW, to wit, this ____ day of _____, 2025, it is hereby ORDERED, ADJUDGED, and DECREED, that upon reconsideration the Order of Court dated September 17, 2025 filed at Docket Number 16 in the case of Thomas & Megan Smith is VACATED and the case is REINSTATED.

FURTHER ORDERED:

_____.

Gregory L. Taddonio

Chief Bankruptcy Judge